

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00592-CR

| | | |
|---|---|---|
| Jason Zeno | § | From the 367th District Court |
| | § | of Denton County (F-2002-1700-E) |
| v. | § | April 10, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM

# OPINION INFORMATION TO PUBLISHERS

<u>FROM</u>

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

CASE DOCKET NUMBER:        02-13-00592-CR

NAME OF CASE:        JASON ZENO

V.

THE STATE OF TEXAS

DATE OPINION FILED:        APRIL 10, 2014

DATE REHEARING FILED:

———    ———

TRIAL COURT:        367TH DISTRICT COURT

TRIAL COURT JUDGE:        HON. MARGARET BARNES

COUNTY:        DENTON

———    ———

ATTORNEY FOR APPELLANT:        CARLTON HUGHES
LEWISVILLE, TX

ATTORNEYS FOR STATE:        PAUL JOHNSON, CRIMINAL
DISTRICT ATTORNEY; CHARLES E.
ORBISON, ASSISTANT CRIMINAL
DISTRICT ATTORNEY AND CHIEF
OF APPELLATE DIVISION
DENTON COUNTY DISTRICT
ATTORNEY OFFICE
DENTON, TEXAS